**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>MITSUI SUMITOMO INSURANCE CO., LTD<br>(a foreign corporation) a/s/o SHARP ELECTRONICS CORPORATION<br>V.<br>ROADWAY EXPRESS, INC. | Case Number:<br>FILED: SEPTEMBER 2, 2008<br>08CV4968<br>JUDGE KENDALL<br>MAGISTRATE JUDGE KEYS<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MITSUI SUMITOMO INSURANCE CO., LTD
(a foreign corporation) a/s/o SHARP ELECTRONICS CORPORATION

| |
|---|
| NAME (Type or print)<br>John F. Horvath |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John F. Horvath |
| FIRM<br>Horvath & Weaver, P.C. |
| STREET ADDRESS<br>10 South LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1263269 | (312) 419-6600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐