# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD (a foreign corporation) a/s/o SHARP ELECTRONICS CORPORATION <br> V. <br> ROADWAY EXPRESS, INC. | FILED: SEPTEMBER 2, 2008 <br> 08CV4968 <br> JUDGE KENDALL <br> MAGISTRATE JUDGE KEYS <br> EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MITSUI SUMITOMO INSURANCE CO., LTD
(a foreign corporation) a/s/o SHARP ELECTRONICS CORPORATION

| NAME (Type or print) |
|---|
| Duane C. Weaver |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Duane C. Weaver |
| FIRM |
| Horvath & Weaver, P.C. |
| STREET ADDRESS |
| 10 South LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6194781 | (312) 419-6600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐