IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD. (a foreign corporation) a/s/o SHARP ELECTRONICS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ROADWAY EXPRESS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No:<br><br>Judge:<br><br><br>Magistrate Judge: | FILED: SEPTEMBER 2, 2008<br>08CV4968<br>JUDGE KENDALL<br>MAGISTRATE JUDGE KEYS<br>EDA |

## DISCLOSURE STATEMENT FORM

Please Check One Box:

☐ The nongovernmental corporate party, MITSUI SUMITOMO INSURANCE CO., LTD. does not have any parent corporation and publicly held corporation that owns 10% or more of the stock of any of the respective corporate entities.

☒ The nongovernmental corporate party, MITSUI SUMITOMO INSURANCE CO., LTD., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of their respective stock:

Mitsui Sumitomo Insurance Group, a publicly traded Japanese company

9/2/08
Date

*Renata M. Koleda*
Signature

**Counsel for:** MITSUI SUMITOMO INSURANCE CO., LTD. (a foreign corporation) a/s/o SHARP ELECTRONICS CORPORATION

John F. Horvath
Duane C. Weaver
Renata M. Koleda
Horvath & Weaver, P.C.
10 S. LaSalle Street, Suite 1400
Chicago, IL 60603
Telephone: 312.419.6600
Facsimile: 312.419.6666